Irame Kali Kanongata'a X:417636 (JKF424)
Rio Cosumnes Correctional Center
12500 Bruceville Rd.
Elk Grove, CA 95757

FILED
JUN 18 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court
Eastern District of California

| Irame Kali Kanongata'a | Case No. 2:20-CV-01116-EFB |
| Plaintiff(s)/Petitioner(s) | |
| vs. | 42 U.S.C. 1983 Amendments |
| Scott Jones, et. al., | |
| Defendant(s)/Respondent(s) | |

Plaintiff submits the following amendments:

1. Addition of "Inmate Balance History Report - Simple"
   • Forma Pauperis Requested Insert

2. Correction to Page 9 of 16 Line 4
   Replace "2020" with "2016"

3. Correction to Page 11 of 16 Line 1
   Replace "2020" with "2019"

Page 1 of 1

Number: 4176366  Secondary: 10176353  Location: R3C MS K 096

Name: KANONGATAA, GRAME KALI

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other | Note |
|---|---|---|---|---|---|---|
| Beginning Totals: | 12/01/2019 12:00:00AM | | 1.11 | 0.00 | 0.00 | |
| TOUCHPAY KIOSK DEPOSIT | 12/24/2019 09:56:07AM | 14.05 | 15.16 | 0.00 | 0.00 | TOUCHPAY TRANSACTION NUMBER: 67434928 |
| ORDER DEBIT | 12/29/2019 05:14:19AM | (15.10) | 0.06 | 0.00 | 0.00 | ORDER NUMBER: 304630 |
| TOUCHPAY IVR DEPOSIT | 01/06/2020 02:31:25PM | 40.00 | 40.06 | 0.00 | 0.00 | TOUCHPAY TRANSACTION NUMBER: 68224378 |
| TOUCHPAY IVR DEPOSIT | 01/18/2020 07:16:46PM | 50.00 | 90.06 | 0.00 | 0.00 | TOUCHPAY TRANSACTION NUMBER: 68579192 |
| ORDER DEBIT | 01/19/2020 05:12:14AM | (87.32) | 2.74 | 0.00 | 0.00 | ORDER NUMBER: 310869 |
| TOUCHPAY WEB DEPOSIT | 02/09/2020 07:48:37AM | 20.00 | 22.74 | 0.00 | 0.00 | TOUCHPAY TRANSACTION NUMBER: 69197522 |
| PHONE TIME | 02/16/2020 05:16:31AM | (10.00) | 12.74 | 0.00 | 0.00 | PREPAID TRANSACTION |
| ORDER DEBIT | 02/16/2020 05:16:32AM | (11.90) | 0.84 | 0.00 | 0.00 | ORDER NUMBER: 319023 |
| TOUCHPAY KIOSK DEPOSIT | 04/23/2020 04:11:53PM | 100.00 | 100.84 | 0.00 | 0.00 | TOUCHPAY TRANSACTION NUMBER: 70780984 |
| ORDER DEBIT | 04/26/2020 05:38:18AM | (98.53) | 2.31 | 0.00 | 0.00 | ORDER NUMBER: 337605 |
| ORDER DEBIT | 05/03/2020 05:23:58AM | (1.59) | 0.72 | 0.00 | 0.00 | ORDER NUMBER: 339058 |
| POSTAGE-RCCC | 05/08/2020 12:13:06PM | (0.45) | 0.27 | 0.00 | 0.00 | 5/8/20 LEGAL MAIL - postage for 3.5oz |
| OFFICE SUPPLIES-RCCC | 05/08/2020 12:13:35PM | (0.45) | 0.00 | (0.18) | 0.00 | 5/8/20 LEGAL MAIL - manila envelope |
| VOID-POSTAGE-RCCC | 05/08/2020 12:14:19PM | 0.45 | 0.45 | (0.18) | 0.00 | Void TranID: 2296731. WRONG AMOUNT |
| POSTAGE-RCCC | 05/08/2020 12:14:45PM | (1.60) | 0.00 | (1.33) | 0.00 | 5/8/20 LEGAL MAIL - postage for 3.5 oz |
| POSTAGE-RCCC | 05/18/2020 02:16:36PM | (1.40) | 0.00 | (2.73) | 0.00 | 5/18/20 LEGAL MAIL - postage for 3oz |
| OFFICE SUPPLIES-RCCC | 05/18/2020 02:17:06PM | (0.45) | 0.00 | (3.18) | 0.00 | 5/18/20 LEGAL MAIL - manila envelope |
| POSTAGE-RCCC | 05/21/2020 12:29:12PM | (0.55) | 0.00 | (3.73) | 0.00 | 5/21/20 LEGAL MAIL - postage for 1 oz |
| OFFICE SUPPLIES-RCCC | 05/21/2020 12:29:33PM | (0.19) | 0.00 | (3.92) | 0.00 | 5/21/2020 LEGAL MAIL - #10 envelope |
| Ending Totals: | | | 0.00 | (3.92) | 0.00 | |

This Account History Statement is accurate and true.

Complete by: _Kristen Liston, SRO II_

Date: 5/25/2020

#527