Grame Kali Kanongata'a   X:4176366 (JKF402)
Name and Prisoner/Booking Number

RIO CUSUMNES CORRECTIONAL CENTER
Place of Confinement

12500 Bruceville Rd.
Mailing Address

ELK GROVE, CA 95757
City, State, Zip Code

**FILED**

DEC 28 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

GRAME KALI KANONGATA'A            )
(Full Name of Plaintiff)          )
         Plaintiff,               )
                                  )
         v.                       )  CASE NO. 2:20-cv-1116 JAM JDP (PC)
                                  )    (To be supplied by the Clerk)
(1) Sacramento County, et.al.     )
(Full Name of Defendant)          )
                                  )
(2) "and others"                  )
                                  )   **CIVIL RIGHTS COMPLAINT**
(3) _____     )   **BY A PRISONER**
                                  )
                                  )   ☒ JURY TRIAL DEMANDED
(4) _____     )   ☐ Original Complaint
         Defendant(s).            )   ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them.  ☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    ☒ Other: Sacramento Sheriffs Dept., DHHS, CPS, San Juan Mercy Hospital - All state Actors, et. al

2.  Institution/city where violation occurred: Carmichael, CA

## B. DEFENDANTS

1. Name of first Defendant: <u>Sacramento County et. al.,</u> The first Defendant is employed as: <u>Municipality (State Actors)</u> at <u>Sacramento</u>.
   (Position and Title) (Institution)

2. Name of second Defendant: <u>Sacramento County DHHS et. al.,</u> The second Defendant is employed as: <u>(State Actors)</u> at <u>Department of Health and Human Services</u>.
   (Position and Title) (Institution)

3. Name of third Defendant: <u>Sacramento County Sheriffs Dept. et. al.,</u> The third Defendant is employed as: <u>Sheriffs (State Actors), Law Enforcement</u> at <u>Sacramento County</u>.
   (Position and Title) (Institution)

4. Name of fourth Defendant: <u>Sacramento County Child Protective Services</u>. The fourth Defendant is employed as: <u>Social Workers (State Actors)</u> at <u>DCFAS</u>.
   (Position and Title) (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

D. CAUSE OF ACTION

CLAIM I

1. State the constitutional or other federal civil right that was violated: First Amendment "Congress shall make no law respecting an establishment of religion" etc... CSA violates Religious freedom & liberties.

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☒ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Before my unlawful arrest on October 1, 2015, I was a Rastafarian ordained minister, a cannabis prescription holder, a caregiver and a religious collective leader who had no felonies nor was on probation. As a Rastafarian minister, I had compassion on a brother-in-law who was homeless at the time, I let him stay a few nights in my shed on the property. Unbeknownst to me, he was "manufacturing" marijuana honey oil on my property, without my permission, knowledge, direction or help. He caused a fire in the middle of the night on September 30, 2015 while I was asleep with my children in our then "Brick & Mortar" house. My then girlfriend at the time was awoken to loud banging on the door and it was the police. She opened the door and went outside to talk to the police & the door was locked behind her. She stated we knew nothing of what my brother-in-law (James Jackson) did in the shed. Upon their interrogating her, they find out that she is on search and seizure. They then break into my house with no warrant or probable cause and detain my children and I. The officers asked if I was aware of a "honey oil lab" being conducted in my shed, I told them "NO"! I tell them that as a Christian Rastafarian, I had compassion on him & only let him stay a few nights so he can arrange to be picked up by his family from the Bay Area. The tenents of my faith require me to show love to my extended family members in their time of distress. I provided him temporary shelter. From the time of their unlawful entry into my then home, my sacrament and medicinal allotment of cannabis was adulterated. The fire that was extinguished by fire dept. within minutes was not an exigent circumstance & did not present a danger to a brick & mortar home. Sac County Sheriffs Dept. had the person responsible for the fire already in custody. A bias overzealous prosecution took place in concert with CPS, DHHS, Sac County et al., to coerce & intimidate me into taking a deal. I was not aware of my rights as I am now. I am still learning & seeing how I have been religiously prejudiced & persecuted.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
My religious establishment & ministry was raped of it's right to peacably assemble. My family lost our home & irreplaceable time together. Programs that I created to replace hard core drugs with cannabis were destroyed. A grant regarding my cannabis collective ministry which was guaranteed was now lost which was possibly 1 million USD. Suffer from PTSD.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## CLAIM II

1. State the constitutional or other federal civil right that was violated: Fourth Amendment "The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue" etc...

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The fire that occurred on my then property happened far enough away from the home that even if the Fire Dept. had not put it out, would have never reached the actual home. It was actually much closer to the neighbor's home than ours. In fact, the only other damage caused by the fire was to the neighbor's fences, which were right next to the shed. The shed was situated in the corner of a separate lot, far enough from the house that it was impossible for it to pose a threat to the brick & mortar home. The fire did not even cause any smoke damage to the neighbor's property or mine. There was absolutely no exigent circumstance or immediate threat that was present after the fire had been extinguished. The unlawful entry by Sac. County Sheriffs crawling through my closed window to gain access to my property because my girlfriend slept over who was on probation that I was unaware of, did not give them the right to break into my home as she was not on the lease nor did she live there. I was going through separation at the time from my wife and the only people on the lease were my wife & I along w/our children. The use of my girlfriend's probation to break into my home should have been limited to the kitchen & living room. Forcing my children & I out of bed & place us under arrest was & still traumatic. The "evidence" they unlawfully obtained was all within my prescription & my collective's caregiving quotas, as well as a crucial component to our religious establishment's ministry. The siezed items were obtained from my basement that my kids had no access to. There was absolutely no danger in the home, no volatile solvents, no smells inside home of smoke, not even smoke or fire damage to the exterior of the virtually "fire proof" home. Matter of fact, in their own police reports, there was no proof of any volatile solvents anywhere on the property except for the shed which was burnt down. The unlawful forced entry & awakening us to guns & an overwhelming amount of police & sherrifs fabricating their reports to justify their intrusion & kidnapping of our kids by CPS & DHHS in concert with Sac. County Sherrif's Dept. shows how a multitiered collaborative network can use the color of law to disguise criminal behavior and legislative money laundering.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I lost my children, home, sensitive documents, tormented & stalked by CPS & DHHS. Coerced into taking a pleadeal. Unjustifiable cruel & unusual punishment pretrial. Loss of income. Assassination of character. Religious persecution. Unmitigated anxiety & stress placed upon children including but not limited to PTSD. Loss of patient medicine & religious sacraments. Continued harrassment by Family Court & DHHS/DCFAS.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: Fifth Amendment - held without presentment or indictment of Grand Jury. Punished twice pretrial for same offense, forced to incriminate myself by pleading no contest using my kids as leverage to coerce.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Before the unlawful coerced conviction, my children were kidnapped, arrested & forced into foster care home on October 1, 2015 by Sac. County Sherrifs, CPS & DHHS, despite next of kin being present & mother being present at the scene. My arrest was unlawful & so were the charges I was being held for. The unjustified kidnapping of my kids without a warrant & lacking imminent threat to suffer great bodily injury, deprived both parents of due process, particularly because Sac. County Sherrif's Dept., CPS & DHHS knew that the children's mother stayed at a different residence. The children were questioned & strip searched without the presence of any parent, grandparent or guardian by complete strangers under the color of law. Family court/CPS/DHHS/Sac. County Sherrifs are integral participants in using children to inflict punishment on parents based on mere opinions pretrial & inflicting cruel & unusual punishment by depriving me of my kids, restraining my children forcefully to stay with complete strangers off of falsified reports airbrushed by Tamara Zoucha & Amanda Stillman of CPS, social workers who maintain immunity even if they put kids in unsafe foster homes. These social workers of injustice then perpetuated these falsified reports using them to kidnap my newborn son on May 17, 2016 born just the day before on May 16, 2016. No drugs in either baby or mother system, next of kin was present, in fact, he was given the last name Afuhaanump of my auntie who was there to take baby so we can focus on our criminal trial. Instead, CPS social worker Jesse Contes Gomez arranged for the nurse to lie about drawing blood, he took our baby while my Sarah was breastfeeding. He invaded our room & informed us that he was there to take our child w/o a warrant, still pretrial and absent any danger or imminent threat to bodily injury. The birth was witnessed by thousands around the world as the first facebook live birth, still viewable today, which is proof our son was safe & that next of kin was present. Sac. Co. Sherrifs Dept. assisted CPS social worker Jesse Contes Gomez in kidnapping our child & trespassing us out. For my child to be taken TWICE once again by CPS w/o a warrant pretrial yet to be convicted of anything threw us into severe depression & anxiety. It took away our will to fight. We were devastated, crying every day, emotionally drained that we could be punished like this before trial.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Deprivation of life, liberty and my child w/o due process. Extreme anxiety & PTSD. Panic attacks & delayed breathing. Nonstop stalking of CPS. Insomnia & sleep apnea. Continued unintended collateral consequences I was unaware of from plea deal. Loss of felony free criminal record hampering gainful employment. Destruction of security business dependent on criminal background.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## CLAIM IV

1. Sixth Amendment - Ineffective assistance of counsel. Failure to assert my constitutional rights & file motions. Failure to disclose to court that I was coerced & scared of CPS & it's collaboration with the Sherrif's office.

2. Claim IV. ☒ Other: Ineffective Counsel

3. Supporting Facts. - My then attorney failed to file any motions on my behalf. He also failed to articulate the rights I'd be giving up were rights he could have filed motions for. He failed to inform the courts that I was under extreme duress & that the kidnapping of my child from our hospital room with the assistance of San Juan Mercy Hospital, Sac. Co. Sherrif's Dept., DHHS, DCFAS, CPS & all other state actors involved led me to plead no contest. The perfect storm of 2 open CPS cases & my attorney insisting to my girlfriend who was my codefendent that we take a deal combined with the fact that CPS's ability to punish children & parents pretrial created such fear & intimidation, that even now as I write this, words can not express how hard it is to fight back these tears in pretrial detention for a conviction that should be invalidated. I am a God fearing father who absolutely loves his children, I would do anything for them. If my lawyer would have filed motions on my behalf & not convinced my girlfriend Sarah Dome, who was also suffering emotionally, mentally & physically, to enter plea deals, I would have insisted on going to trial. There are plenty of reasons why I would have insisted on going to trial, there was exculpatory evidence such as key witnesses, cell phone video from James Jackson's phone recording himself manufacturing butane honey oil, my prescription & medical necessity defense, my religious establishment's tenet's, my nonprofit's enrollment to conduct research & development, my connections to University's with laboraties, my collective co-op all pointing to my innocence & specifically that I had no need or desire to "manufacture butane honey oil" when my collective is all "Organic", hence the name "Organic Relief". I am a good parent, a good friend, my kindness was taken advantage of & I would have never taken the deal if my lawyer actually did something! At the least, notify the court I was under extreme duress.

4. Injury. - A felony on my record, the loss of job opportunities, the surrendering of my rights, the endless stalking of CPS, the loss of time with my kids catering to probation, the anxiety of seeing police, increased risk of heart attack, increased paranoia & loss of sleep, registration as an arsonist, inability to volunteer to work with Fire Dept., restrictions on liberty!

5. a. ☒ Yes ☐ No      c. ☒ Yes ☐ No
   b. ☒ Yes ☐ No      d. Not Applicable

Page ___ of ___

1. Eighth Amendment — Cruel and Unusual Punishments inflicted

2. Claim V. — ☒ Other: Coercion

3. Supporting Facts.— The unauthorized entry into my home by Sac. Co. Sherrif's Dept., CPS, DHHS, DCFAS, and other state actors to arrest my kids, myself & Sarah Rowe for James Jackson's crime in which he admitted to police was beyond unnecessary & inappropriate. The unlawful detention of my children in the hope that further investigation will turn up facts suggesting that exigent circumstances exist is torture. The fact that social workers had to falsify reports of domestic violence to justify the kidnapping of my children exemplifies how far state actors will go to cover their tracks, to create a fictitious emergency & to proliferate the money laundering apparatuses of CPS & all connected affiliates. The fire being extinguished within minutes, the fire was within 15 ft. of neighbor's house yet over 80 ft. from mine & they were not evacuated, several hours passed after fire was extinguished before Sherrif's gained unlawful access, next of kin present, no smoke damage on posterior or smell of smoke inside home, are all clear indications to a jury that the removal of the children was unnecessary & excessive. For the County & CPS to go even further by kidnapping a newborn from a "safehaven" hospital without a warrant absolutely missing any element of danger, disregarding the presence of next of kin, all done pretrial, shows Sac. Co. has an official policy in line with CPS, DHHS, DCFAS, Sherrif's & other state actors, to interfere with familial relations & use coercive tactic's that would otherwise be criminal yet they conveniently give their state actors immunity under the color of law. The fact that thousands of people witnessed our newborns birth & prior facebook videos show that we were excited & ready to nurture him with love & attention disputes Jesse Coates Gomez's falsified report. There is absolutely no justification for my children's forced removal, let alone my newborn, who wasn't even alive when these charges were conveyed. Putting our children on a carrot stick is barbaric & inhumane. For this country to support abortions & the slaughter of unborn babies even up to full term yet act like they care about mine is grotesque, insulting & hypocritical.

4. Injury.— Severe anxiety, unmitigated stress not only to parents but also kids. Loss of familial time. PTSD. Sleep disorders including insomnia & sleep apnea, panick attacks, loss of income, loss of personal property, depression. Inability to pursue business ventures, inability to volunteer with school, inability to go with kids on field trips, emotionally scarred.

5. a. ☒ Yes ☐ No    c. ☒ Yes ☐ No
   b. ☒ Yes ☐ No    d. Not Applicable

Page ___ of ___

1. Thirteenth Amendment - Involuntary servitude pretrial

2. Claim VI. ☒ Other: Slavery

3. The tactics of CPS is to gain "jurisdiction" over your children, to use them as leverage & ultimatums to force both child & parent into indoctrinating programs that are one size fits all & do not cater to my family's religion or culture. The arrest & detention of my children & forcing them into the "Children's Receiving Home", demanding they show their private parts, herding them like cattle, giving them XREF numbers like inmates, creating action plans that are designed by social workers (many not having kids of their own), ordered by the court for parents to serve time in or else my child is forced into it's "adoption services" or "foster care homes" is a modern day slave trading program. In every single way, the agency receives monies for it's programs & services. It's programs & services are the descendants of others that would kidnap Native American & Aboriginal children with the prime objective of dividing & colonizing, dilluting their DNA, acquiring our lands such as Hawaii, Austrailia, New Zealand, America, Canada, Alaska & beyond. CPS agencies are armed with immunity. It's social workers did ink up false allegations & the Juvenile Courts off of a biased preponderance of evidence by biased integral state actors, assume "jurisdiction" over my children, even though I was not duly convicted, take my kids on two separate occasions pretrial absent any exigent circumstances & imminent threat of danger, actual physical harm, sexual or physical abuse, & use them under the color of law hidden behind the veil of "family reunification services" to put me under extreme distress, knowing I absolutely love my kids, coerced me into taking a deal while I was not competent & under extreme duress failing to comprehend the judge, all I could see was my children's tears, buckled into involuntary servitude. The punishment of losing my children to a modern day slave trading camp & possibly not being able to redeem them without even being duly convicted greatly influenced me to involuntarily plead without understanding the rights I would be waiving, the impact it would have on employment, the inability to renew my guard card, my liberty being under surveillance, the threat of my kids being taken even easier, the inability to go overseas with my children for missionary trips, the loss of our family time to worship, pray & sing together thanking God for all things, even this tragedy."

4. Injury - Pretrial detention based off of unconstitutional plea, unlawful conviction, subjected to pretrial punishments, shattered cartilage in right knee due to inmate smashing broomstick on it, no bail/excessive bail, continuous harassment by murderers & violent offenders, bullied by mentally unstable inmates, overwhelming anxiety.

5. a. ☒ ☐ No        c. ☒ Yes ☐ No
   b. ☒ ☐ No        d. Not Applicable

Page ___ of ___

## CLAIM VII

1. Fourteenth Amendment - No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States... without due process of law... Monell, 436 U.S. at 691

2. Claim VII - ☒ Other: Governmental intrusion into Familial Sovereignty

3. Sacramento County Municipality, Sherrif's, CPS, DHHS, DCFAS et. al, have a long standing policy of aiding & abetting one another in the forceful taking one's child without a warrant, without due process of law & coerce families into it's jails. Whether it is Children's Receiving Home for my child or RCCC for me. In both cases, we are deprived of our liberty & we are both punished without being duly convicted. In the matter of my coerced conviction, my children's rights should never have been abridged, especially when they themselves were never charged with violating a statute. My privelege to be free prior to conviction for a noncapital offense is currently being infringed upon & because of this unlawful conviction, Sacramento County continues to use it to detain me without bail, despite hundreds being released during this pandemic & on emergency bail on OR or $0 bail, even on felony probation with strikes for assault have went home while I linger here in this cesspool for viruses. I have not been charged with any crime that does not allow me to be released pretrial. In fact, all my alleged victims, my children would gladly come to my bail hearing & ask that I be released, furthermore, the District Attorney DENIED my kids their "victim rights" to address the court. In addition to not being free pretrial, I am at increased risk of being harmed at the hands of another inmate, or possibly getting more time for simply defending myself. In detention, I am unable to mount a defense that I could with pretrial liberty. For my charges, there are hundreds of medicinal cannabis advocates out there that I may be able to get to testify in my favor. There are also pediatricians who have prescribed medicinal cannabis to children for seizures & even for ADD. The immunities given to me by Prop. 215 to process & cultivate medicinal cannabis should protect my children from unlawful seizure as well as from deprivation of life & liberty to live with me without governmental interferance.

4. Injury.- My liberty has been restricted & abridges my children's rights altogether. I am physically injured, suffer from severe anxiety, deppression, PTSD, insomnia, sleep apnea & increased chances of getting COVID-19 in pretrial detention, with the inability to social distance. Increased risk of being hurt or harmed by violent convicted offenders convicted of murder & assault.

5. a. ☒ Yes ☐ No       c. ☒ Yes ☐ No
   b. ☒ Yes ☐ No       d. Not Applicable

Page ___ of ___

## CLAIM VIII

1. Fourteenth Amendment - Equal Protection of laws

2. ☒ Other: Due-Process

3. The previous coerced conviction was also under Health & Safety Code § 11379.6(a) which on it's face value overbroad & vague as well as looked at disproportionately from Health & Safety Code § 11362.3(a)(6), which would be the more appriate charge. Furthermore, H.S.C. § 11362.3 can be recalled & dismissed under H.S.C. § 11361.8. Being convicted under the wrong statute is a huge difference & meth is looked at very differently than the now socially acceptable & recreational as well as medicinal cannabis. In addition, H.S.C. § 11362.775(b)(1)(A) protects my collective from state criminal sanctions under H.S.C. § 11379.6 as my collective is all "Organic". I have never used butane to process my medicinal marijuana, only used butane to refill lighters. My collective uses dry ice, butter or coconut oil, nothing volatile. In essence, H.S.C. § 11379.6(a) is not the right charge or conviction. Also, as a valid patient & caregiver, H.S.C. § 11362.84 protects my parental rights. With all this being said, again my children were never in danger, I never started a fire, nor did I aid & abet in H.S.C. § 11379.6, especially with "volatile solvents". All my previous charges that I was convicted on should be invalidated, at minimum reclassified to H.S.C. § 11362.3(a)(6) & my current charges should reflect the same changes.

4. Injury - Loss of income, inability to pursue cannabis collective licensing, inability to pursue security company licensing, inability to run for Legislature, inability to become elected official, inability to vote, inability to move freely unrestrained

5. a. ☒ Yes ☐ No       c. ☒ Yes
   b. ☒ Yes ☐ No       d. Not Applicable

Page ___ of ___

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I would like to sue all the defendants for $500 Million USD for pain & suffering, character assassination, loss of liberty, intrusion into familial sovereignty & the infringement on my rights, as well as the kidnapping of my kids. I would like an emergency injunction placed on my current trial as they are trying me for items from previous case belonging to James Jackson. I would like my previous conviction invalidated. I would like to be issued a license under Division 10 §26000 of the Business and Professions Code and/or a license to manufacture from the Attorney General so that I can continue my Cannabis Research Program in collaboration with UC Davis under H.S.C. §11362.9. I would like to be given the opportunity to open a rehab center with $ from this lawsuit. I'd like a change in policy in CPS protocols & Sherrifs. I would like CPS to destroy all files related to my case. I would like complete expungement of my old case # 15F06025 & to lift my probation hold & to be given Emergency Bail $0.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 20, 2020__
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6