UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAME KALI KANONGATAA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT JONES, *et al.*,<br><br>Defendants. | Case No. 2:20-cv-01116-JAM-JDP (PC)<br><br>ORDER DISCHARGED THE FEBRUARY 23, 2021 ORDER TO SHOW CAUSE AND GRANTING IN PART PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>ECF Nos. 19, 20 |

On January 4, 2021, I screened plaintiff's second amended complaint, notified plaintiff that it failed to state a claim, and granted plaintiff sixty days to file a third amended complaint. Plaintiff did not timely file a third amended complaint or otherwise respond. Accordingly, on April 23, 2021, plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 19.

In response to the order to show cause, plaintiff explains that he never received a copy of the court's January 4 screening order. ECF No. 20. He also requests that he be granted ninety days to file an amended complaint. In light of plaintiff's representations, the order to show cause will be discharged, and the motion for an extension of time will be granted in part.

Accordingly, it is hereby ORDERED that:

1. The April 23, 2021 order to show cause is discharged.

2. Plaintiff's motion for an extension of time, ECF No. 20, is granted in part.

3. Plaintiff is granted sixty days from the date of this order to file a third amended complaint.

4. The Clerk of Court is directed to send plaintiff a copy of the January 4, 2021 screening order.

IT IS SO ORDERED.

Dated: May 31, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE